# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

IN RE THE SWATCH GROUP MANAGEMENT SERVICES AG     v. _____

No. 2014-1669

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Fed. Cir. R. 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se　　☑ As counsel for:　Director - U.S. Patent and Trademark Office
　　　　　　　　　　　　　　　　　　Name of party

I am, or the party I represent is (select one):

☐ Petitioner　☐ Respondent　☐ Amicus curiae　☐ Cross Appellant
☐ Appellant　☑ Appellee　☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant　　☐ Respondent or appellee

My address and telephone are:

　Name:　Christina J. Hieber, Associate Solicitor
　Law firm:　Office of the Solicitor, U.S. Patent and Trademark Office
　Address:　Mail Stop 8, P.O. Box 1450
　City, State and ZIP:　Alexandria, VA 22313-1450
　Telephone:　(571) 272-9035
　Fax #:　(571) 273-0373
　E-mail address:　christina.hieber@uspto.gov

Statement to be completed by counsel only (select one):

☐ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☑ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): _____

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☐ Yes　☑ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

8/13/2014　　　　　　　　　　　　　　　/s/ Christina J. Hieber
　　Date　　　　　　　　　　　　　　Signature of pro se or counsel

cc: Jeffrey A. Lindenbaum

112

[Reset Fields]

# **CERTIFICATE OF SERVICE**

I hereby certify that on August 13, 2014, I electronically filed the foregoing ENTRY OF APPEARANCE with the Court's CM/ECF filing system as follows:

        Jeffrey A. Lindenbaum
        Collen IP, Intellectual Property Law, P.C.
        80 South Highland Avenue
        Ossining, NY 10562

        By:  /s/ Christina J. Hieber

        Office of the Solicitor
        U.S. Patent and Trademark Office
        Mail Stop 8, P.O. Box 1450
        Alexandria, VA 22313-1450
        (571) 272-9035