**FORM 8. Entry of Appearance**

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

IN RE THE SWATCH GROUP MANAGEMENT SERVICES AG v. _____

No. 14-1669

**ENTRY OF APPEARANCE**

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se   ☑ As counsel for:   Director - U.S. Patent and Trademark Office
                                Name of party

I am, or the party I represent is (select one):

☐ Petitioner   ☐ Respondent   ☐ Amicus curiae   ☐ Cross Appellant
☐ Appellant    ☑ Appellee     ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant   ☐ Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Thomas L. Casagrande, Associate Solicitor |
| Law firm: | Office of the Solicitor, U.S. Patent and Trademark Office |
| Address: | Mail Stop 8, P.O. Box 1450 |
| City, State and ZIP: | Alexandria, VA 22313-1450 |
| Telephone: | (571) 272-9035 |
| Fax #: | (571) 273-0373 |
| E-mail address: | thomas.casagrande@uspto.gov |

Statement to be completed by counsel only (select one):

☐ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☑ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): _____

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☐ Yes   ☑ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

| | |
|---|---|
| 8/13/2014 | /s/ Thomas L. Casagrande |
| Date | Signature of pro se or counsel |

cc: Jeffrey A. Lindenbaum

# **CERTIFICATE OF SERVICE**

I hereby certify that on August 13, 2014, I electronically filed the foregoing ENTRY OF APPEARANCE with the Court's CM/ECF filing system as follows:

Jeffrey A. Lindenbaum
Collen IP, Intellectual Property Law, P.C.
80 South Highland Avenue
Ossining, NY 10562

By: /s/ Thomas L. Casagrande

Office of the Solicitor
U.S. Patent and Trademark Office
Mail Stop 8, P.O. Box 1450
Alexandria, VA 22313-1450
(571) 272-9035